438 F.2d 127
 71-1 USTC P 9263
 L. R. WALKER, Plaintiff-Affellant,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 30135.
 United States Court of Appeals, Fifth Circuit.
 Feb. 10, 1971.
 
 Arthur P. Tranakos, Tranakos & Hurst, Atlanta, Ga., for plaintiff-appellant.
 John W. Stokes, Jr., U.S. Atty., Atlanta, Ga., Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, Lee A. Jackson, Richard Farber, Tax Div., Dept. of Justice, Washington, D.C., Elmer J. Kelsey, Tax Division, Dept. of Justice, Washington, D.C., for appellee.
 Appeal from the United States District Court for the Northern District of Georgia; Albert J. Henderson, Jr., District Judge.
 Before RIVES, GOLDBERG, and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966